STEUER et al. v. ROCKWOOD et al.

(Supreme Court, Appellate Term.   March 11, 1904.)

1. ATTACHMENT—IMPROPER VACATION—LIABILITY ON BOND.
   There is no liability on a bond given to obtain a warrant for an attachment, the vacation of the attachment having been improper, it having been on the application of one having no standing to apply therefor.

Appeal from City Court of New York, Trial Term.

Action by Max D. Steuer and others against Justin E. Rockwood and others. From a judgment on a verdict for plaintiffs, defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and GIEGERICH and McCALL, JJ.

Charles Firestone (Joseph Wilkenfeld, of counsel), for appellants.
Steuer, Hoffman & Wahle, for respondents.

McCALL, J.   This appeal comes up to be heard with the appeal from a Municipal Court judgment in an action entitled "Francis M. Bacon and Others v. The Abbey Press." This action is based upon an undertaking given in the action in the Municipal Court aforesaid to obtain a warrant of attachment, and the defendants herein were the sureties on such undertaking. We have held, in the opinion in the Municipal Court action, that the Abbey Press of New York, plaintiffs' assignor in this action, had no standing in the Municipal Court to apply for and procure the vacatur of said attachment, and that the vacating of said attachment was improper. It follows, therefore, that the plaintiffs have no cause of action against the defendants in this action, and the judgment must be reversed.

Judgment reversed, with costs. All concur.